Leonard E. Starr III, VSB #9203
Leonard Starr PC
119 W. Williamsburg Road
Sandston, VA 23150
Tel 804 737-5216
Fax 804 737-8115
Counsel for Debtor
LStarr@Starr-Law.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re   **LYNETTE M. HOLMES**<br><br>**Debtor** | Case No BK 14-31034-KRH<br>Chapter 13<br>Case Filed: February 28, 2014<br>SSN: xxx-xx-0549 |

Lynette M. Holmes, )
(Debtor) )
                   Movant, )
v. )
   )
Vision Auto LLC )
t/a Vision Auto Sales )
(Auto Dealer), )
   )
Westlake Financial Services )
(Financing Company), )
   )   Docket #25
Stacie Shaw )
(Agent of Vision Auto LLC )
and/or Vision Auto Sales), )
   )
Antonio H. Cotman )
(Agent of Vision Auto LLC )
and/or Vision Auto Sales), )
   )
Parties Unknown, Agents of Vision Auto LLC )
and/or Agents of Vision Auto Sales, )
and/or Agents of Westlake Financial Service, )
   )
Parties Unknown, )
   )
                 Respondents )

**ECF ORIGINAL**
**NOV 2 6 2014**

### *MOTION*
*For Approval of Settlement Agreement*



**NOTICE. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one) If you do not wish the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within 7-days prior to the later mentioned hearing, you must file a written response explaining your position with the Court and serve a copy on the movant. Unless a written response is filed and served with this 7-day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the Court it must be received by the Court within the 7-days.**

**You must also attend a hearing on the motion scheduled to be held Wednesday, December 17, 2014 at 10:30 a.m. at the United States Bankruptcy Court, 701 E. Broad Street, Fifth Floor, Room 5000, Richmond, Virginia 23219.**

### *Background*

On April 27, 2014, Debtor brought a Motion, (Docket #11, the "Contempt Motion"), pursuant to 11 U.S.C. §§362, 105, and 542. and other Federal and State Law seeking a finding by the court of civil contempt, jointly and severally, against the named corporate and individual respondents, turnover of bankruptcy estate property, damages, and avoidance of a lien, all regarding the post-petition repossession of the Debtor's automobile and its contents.

A hearing was held before the Court on April 30, 2014, (Docket #14 & #15), and the Court ordered sanctions from the bench pursuant to 11 U.S.C. §362(k) at the rate of $1,000.00 per day to commence the following day if the vehicle and its contents were not returned to the debtor. The vehicle and its contents, (except for a workable "spare key"), were released to the Debtor that same afternoon, April 30, 2014.

The Contempt Motion, (Docket #11), on its merits and for damages has been continued on the Court's docket from time to time and comes up for a hearing on December 17, 2014, at 10:30 a.m.

Meanwhile, the Debtor and defendants Vision Auto LLC, Antonio H. Cotman, and Stacie Shaw have come to an agreement as to sanctions and damages and Debtor brings the instant motion for Court

approval of the settlement agreement.

### *Proposed Settlement*

The Debtor and defendants Vision Auto LLC, Antonio H. Cotman and Stacie Shaw have come to an agreement as to sanctions and damages, subject to Court approval. Vision Auto LLC has paid into escrow the sum of $6,000.00 in full settlement of the Debtor's Original Motion as to them. If this agreement is approved by the Court, the $6,000.00 will be allocated and paid $1,000.00 to the Debtor, and $5,000.00 to counsel Leonard E. Starr III, for attorney fees and costs. The Original Motion as to the remaining Respondents will be dismissed without prejudice. The Chapter 13 Trustee's "hold" on the payment of the Vision Auto LLC proof of claim filed by the Debtor on behalf of Vision Auto LLC will be released to allow trustee payment to Vision Auto LLC according to the Debtor's Chapter 13 Plan.

### *Motion*

Debtor believes the proposed settlement to be in the best interest of the debtor and the bankruptcy estate and moves the Court for its approval pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure .

LYNETTE M. HOLMES

/s/ Leonard E. Starr III
By Counsel

November 26, 2014

Leonard E. Starr III
Leonard Starr PC
P.O. Box 468
119 W. Williamsburg Road
Sandston, VA  23150
Tel 804 737-5216
Fax 804 737-8115
(Counsel for Debtor VSB #9203)

## PROOF OF SERVICE

I certify that on November 26, 2014, a true copy of the foregoing was delivered by the CM/ECF system to all parties receiving notification in this case and was further served as indicated below, and was uploaded for service by first class mail to all those receiving notice pursuant to the attached court's mailing matrix.

Rashaad T. Bey, Esquire
Attorney at Law
116 Brandon Road
Suite 105
Richmond, Virginia 23224
Tel 804 308-0633
Fax 804 230-1723
RL@brmcinc.net;thebeanfirm@gmail.com
(Counsel Bey appeared in open court for Vision Auto LLC (Docket #14 & #15), and filed an objection (Docket #18), but does not appear on the Court's mailing matrix, and has stated his defacto withdrawal from representation.)
(Via 1st Class Mail)

Vision Auto LLC
Fax 804 326-0568
(Via Hand Delivery)

Stacie Shaw
(Individually, and Agent of Vision Auto LLC),
Fax 804 326-0568
(Via Hand Delivery)

Antonio H. Cotman
(Individually, and Agent of Vision Auto LLC),
Fax 804 326-0568
(Via Hand Delivery)

Westlake Financial Services
Fax 804 323 954-4684
(Via Telefax)

Carl M. Bates
Chapter 13 Trustee
(Via ECF)

Ellen P. Ray
Bankruptcy Counsel
(Via ECF)

/s/ Leonard E. Starr, III
_____
Leonard E. Starr, III

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 14-31034-KRH<br>Eastern District of Virginia<br>Richmond<br>Wed Nov 26 07:43:32 EST 2014 | AFNI<br>404 Brock Drive<br>Post Office Box 3517<br>Bloomington, IL 61702-3517 | ALW Sourcing<br>1804 Washington Blvd.<br>Baltimore, MD 21230-1700 |
| Alliance One<br>1684 Woodlands Dr., Ste 15<br>Maumee, OH 43537-4026 | Alltel<br>Bankruptcy Group<br>1 Allied Dr. B5f03<br>Little Rock, AR 72202-2065 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245-3504 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Anderson Financial Services LLC Loan Max<br>3440 Preston Ridge Rd, Ste 500<br>Alpharetta, GA 30005-3823 |
| Avon Products<br>Attention Collections Dept<br>PO Box 105541<br>Atlanta, GA 30348-5541 | Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218-1819 | CAB<br>306 East Grace Street<br>Richmond, VA 23219-1795 |
| CBE Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | CCB Credit Services, Inc.<br>5300 S. 6th Street<br>Springfield, IL 62703-5184 | CJW Medical Center<br>PO Box 99008<br>Bedford, TX 76095-9108 |
| CJW Pediatrics<br>PO Box 740776<br>Cincinnati, OH 45274-0776 | Capio Partners, LLC<br>2222 Texoma Pkwy Ste 150<br>Sherman, TX 75090-2481 | Capital Management Services<br>698 1/2 S Ogden St<br>Buffalo, NY 14206-2317 |
| Cash Flow Managment<br>PO Box 21803<br>Roanoke, VA 24018-0182 | Chippenham & Johnston-Willis Hospitals, Inc.<br>c/o CDG, PC<br>9701 Metro Ct #C<br>Richmond, VA  23236 | Chippenham Johnston-Willis<br>PO Box 13620<br>Richmond, VA 23225-8620 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | City of Richmond<br>Dept. of Public Utilities<br>730 E. Broad St 5th Floor<br>Richmond, VA 23219-1861 | City of Richmond<br>Personal Property Tax Assmnt<br>900 E. Broad Street - Rm 102<br>Richmond, VA 23219-1907 |
| City of Richmond - City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 | Cjw Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Comcast Richmond Service<br>5401 Staples Mill Road<br>Henrico, VA 23228-5443 |
| Commonwealth Girl Scout Cncil<br>c/o Parrish & Lebar, LLP<br>5 East Franklin Street<br>Richmond, VA 23219-2105 | Commonwealth Perinatal Service<br>3 Maryland Farms<br>STE 250<br>Brentwood, TN 37027-5053 | Complete Care Center For Women<br>PO Box 70219<br>Richmond, VA 23255-0219 |

| | | |
|---|---|---|
| Credit Solutions Corp<br>5454 Ruffin Rd<br>Suite 200<br>San Diego, CA 92123-1313 | Dankos Gordon & Whitlock<br>1360 E. Parham Road<br>Suite 200<br>Richmond, VA 23228-2366 | Diversified Consultants<br>PO Box 1391<br>Attn: Bankruptcy<br>Southgate, MI 48195-0391 |
| Dominion Medical Associates<br>Post Office Box 5449<br>Richmond, VA 23220-0449 | (p)DOMINION VIRGINIA POWER<br>PO BOX 26666<br>18TH FLOOR<br>RICHMOND VA 23261-6666 | ECMC<br>PO BOX 16408<br>St. Paul, MN 55116-0408 |
| Eastern Accounts System<br>75 Glen Hook Rd, Ste.110<br>Sandy Hook, CT 06482-0000 | Elephant Insurance<br>140 Eastshore Drive<br>Glen Allen, VA 23059-5755 | Fast Auto Loans, Inc.<br>8401 W. Broad Street<br>Richmond, VA 23294-6203 |
| First Bank of Delaware<br>50 S. 16th Street<br>Philadelphia, PA 19102-2516 | First National Collection Bure<br>610 Waltham way<br>Sparks, NV 89434-6695 | First Premier Bank<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104-4868 |
| (p)FOCUSED RECOVERY SOLUTIONS<br>9701 METROPOLITAN COURT<br>STE B<br>RICHMOND VA 23236-3690 | Fredericksburg Credit Bureau<br>10506 Wakeman Dr.<br>Fredericksburg, VA 22407-8040 | Great Richmond Rentals<br>1904 Byrd Ave Ste 308<br>Richmond, VA 23230-3029 |
| HSN<br>P.O. Box 9090<br>Clearwater, FL 33758-9090 | Lynette M Holmes<br>5105 Alberene Rd<br>Richmond, VA 23224-2415 | IC Systems, Inc.<br>Post Office Box 64378<br>Saint Paul, MN 55164-0378 |
| LCA Collections<br>PO Box 2240<br>Burlington, NC 27216-2240 | Loan Max<br>4201 W Broad St<br>Richmond, VA 23230-3303 | MOHELA on behalf of ECMC<br>ECMC<br>PO Box 16408<br>St. Paul MN 55116-0408 |
| Main Street Law Offices<br>1701 W. Main Street<br>Richmond, va 23220-4634 | Manchester OBGYN<br>3 Maryland Farms Ste 250<br>Brentwood, TN 37027-5053 | Mohela<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 |
| NCO Financial<br>2360 Campbell Creek Blvd<br>Ste 50<br>Richardson, TX 75082-4453 | National Credit Systems<br>PO Box 312125<br>Atlanta, GA 31131-2125 | Office of the US Trustee<br>701 E. Broad Street, Ste 4304<br>Richmond, VA 23219-1885 |
| Orkin<br>211 Wylderose Ct<br>Midlothian, VA 23113-6848 | Parenting Early Years<br>PO Box 420235<br>Palm Coast, FL 32142-0235 | Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Galaxy Portfolios LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Ellen P. Ray<br>1701 W. Main Street<br>Richmond, VA 23220-4634 |
| Regency Lakes Apts<br>3501 Meadowdale Blvd<br>Richmond, VA 23234-5744 | Richmond Radiology Assoc.<br>Post Office Box 13343<br>Richmond, VA 23225-0343 | SCI<br>PO Box 85005<br>Richmond, VA 23285-5005 |
| Sallie Mae<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 | Solomon & Solomon<br>PO Box 15019<br>Albany, NY 12212-5019 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Leonard E. Starr III<br>P. O. Box 468<br>119 W. Williamsburg Road<br>Sandston, VA 23150-1442 | Summit Account Resolution<br>PO Box 131<br>Champlin, MN 55316-0131 | Sunrise Credit Serv.<br>260 Airport Plaza<br>Farmingdale, NY 11735-4021 |
| TIMBERCREEK VA<br>NATIONAL CREDIT SYSTEMS, INC.<br>PO BOX 312125<br>ATLANTA, GA 31131-2125 | The Rose Law Firm, PLLC<br>921 Mainstreet<br>PO Box 5560<br>Hopkins, MN 55343-0492 | U. S. Attorney<br>600 E. Main St., 18th Floor<br>Richmond, VA 23219-2430 |
| US Department of Education<br>P.O. Box 5202<br>Greenville, TX 75403-5202 | UST smg Richmond<br>Office of the U. S. Trustee<br>701 East Broad St., Suite 4304<br>Richmond, VA 23219-1849 | Valentine & Kabartas<br>PO Box 325<br>Lawrence, MA 01842-0625 |
| Verizon Bankruptcy Center*<br>PO Box 3605<br>Bloomington, IL 61702-3605 | Verizon Wireless Bankruptcy<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Virginia Emergency Physicians<br>75 Remittance Drive #1151<br>Chicago, IL 60675-1151 |
| Vision Auto Sales<br>404 W. Williamsburg Rd, Ste C<br>Sandston, VA 23150-1462 | Wells Fargo Bank*<br>Overdraft Recovery<br>PO Box 63491<br>San Francisco, CA 94163-0001 | Westlake Financial Services<br>4751 Wilshire Blvd #100<br>Los Angeles, CA 90010-3847 |
| commonwealth dermatology<br>7001 Forest Ave<br>ste 300<br>Richmond, VA 23230-1726 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citibank<br>P.O. Box 20487<br>Kansas City, MO 64195-0000 | Dominion Virginia Power<br>Post Office Box 26666<br>Claims Management<br>Richmond, VA 23261-0000 | Focused Recovery Solutions<br>9701 Metropolitan Court<br>Suite B<br>Richmond, VA 23236-0000 |
| Sprint Corp.<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | End of Label Matrix<br>Mailable recipients    84<br>Bypassed recipients     0<br>Total                 84 | |